## 42521. MAYS v. DANIELS et al.
(335 SE2d 297)

PER CURIAM.

Because this case is not one "respecting title to land" but involves only the proper location of a boundary line between adjoining property owners, it is transferred to the Court of Appeals. See unpublished order in *Brooks v. West*, Case No. 41856, decided March 15, 1985; *Colley v. Dillon*, 247 Ga. 4 (273 SE2d 606) (1981); *Akins v. Tucker*, 231 Ga. 646 (203 SE2d 532) (1974); *Taylor v. Murray*, 215 Ga. 628 (112 SE2d 583) (1960).

*Transferred to the Court of Appeals. All the Justices concur.*

DECIDED SEPTEMBER 5, 1985.

*Josephine Holmes Cook,* for appellant.
Robert Mays, *pro se.*
*Black, Black & Cannon, William R. Cannon, Jr.,* for appellees.